IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TABEUS DEWAYNE ROBINSON, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:22cv16-MHT |
| ) | (WO) |
| CHILTON COUNTY JUDICIAL ) | |
| SYSTEM, ) | |
| ) | |
|    Defendant. ) | |

## DISMISSAL ORDER

Upon consideration of plaintiff's motion to dismiss (Doc. 3), which the court construes as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is ORDERED that this lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

This case is closed.

DONE, this the 1st day of February, 2022.

                      /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE